UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  SEALED MATTER                     Misc. No. 16-mc-50552-17
                                          Hon.  Bernard A. Friedman

_____/             **FILED UNDER SEAL**


## MOTION AND ORDER ALLOWING DISCLOSURE OF SEARCH WARRANT MATERIALS TO COURT OFFICER

THE UNITED STATES OF AMERICA previously requested that the investigation-related documents, consisting of Search Warrants 16-mc-50552 through 16-mc-50552-16, applications for those Search Warrants, accompanying affidavits, and search warrant returns ("Search Warrant materials") be sealed to avoid compromising an ongoing investigation related to the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America ("UAW") and individuals who worked with or for the UAW. Those warrants were executed. And partially as a result, a number of individuals were prosecuted. Some of the overall investigation remains pending.

In the meantime, however, the United States resolved the investigation of UAW itself by filing a civil complaint and entering into a consent decree with the UAW, which appointed a court-officer, a Monitor, to oversee various UAW activities. Case Number 20-cv-13293, ECF No.10, PageID.374. The government seeks permission to provide the Search Warrant materials to the Monitor in order for him to fulfill his duties under the consent decree. As part of its disclosures, the

government seeks to provide the Search Warrant materials, but otherwise requests that these materials stay sealed in all other respects, including the original documents on file with the Court remaining under seal.

                                            Respectfully Submitted,

                                            Saima S. Mohsin
                                            Acting United States Attorney

                                            <u>*s/Steven P. Cares*</u>
                                             Steven P. Cares  P68503
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI  48226
                                            steven.cares@usdoj.gov
                                            (313) 226-9139

Dated:  July 30, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  SEALED MATTER           Misc. No. 16-mc-50552-17
                                Hon. Bernard A. Friedman

_____/           **FILED UNDER SEAL**


## ORDER ALLOWING DISCLOSURE OF
## SEARCH WARRANT MATERIALS TO COURT OFFICER

Having been fully apprised, and for the reasons set forth in the government's motion, the government is permitted to disclose Search Warrants 16-mc-50552 through 16-mc-50552-16, applications for those Search Warrants, accompanying affidavits, and search warrant returns ("Search Warrant materials") to the court-appointed monitor in *United States v. Int'l Union, United Automobile, Aerospace, and Agricultural Implement Workers of America*, E.D. Mich. No. 20-cv-13293. The Search Warrant materials shall stay sealed in all other respects, including the original documents on file with the Court remaining under seal.

IT IS SO ORDERED.

_____
David R. Grand
United States Magistrate Judge

Entered:   July 30, 2021